# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. BECKER,<br><br>　　　　　　　　　Petitioner,<br>　vs.<br><br>R. J. HERNANDEZ, Warden,<br><br>　　　　　　　　　Respondent. | CASE NO. 07cv0576 JM(PCL)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE: DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS |

　　　On December 21, 2007 Magistrate Judge Peter Lewis entered a Report and Recommendation Recommending the Denial of the Petition for Writ of Habeas Corpus ("R & R"). The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended that the petition be denied on the merits. Petitioner has filed objections to the R & R ("Objections"). Respondent did not file a reply to the Objections. Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.

　　　In his Objections, Petitioner sets forth essentially the same arguments raised in the Petition and addressed in the R & R. Instead of responding to these arguments a second time, the court adopts the R & R in its entirety. The Petition for Writ of Habeas Corpus is denied.

　　　**IT IS SO ORDERED.**

DATED: February 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties